UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER  :   **AFFIDAVIT OF**
AND LOWER MANHATTAN DISASTER SITE  :   **PERSONAL SERVICE**
LITIGATION (straddler plaintiffs)  :
-----------------------------------------------------------X
JOHN ROMANOWICH,  :

          Plaintiff(s),  :

  - against-  :   Civil Action No.
                              :   07-CIV-9833

THE CITY OF NEW YORK, TULLY
CONSTRUCTION CO., INC., TULLY
ENVIRONMENTAL INC., TULLY INDUSTRIES,:
INC., TURNER CONSTRUCTION COMPANY,  :
BOVIS LEND LEASE, INC., BOVIS LEND   :
LEASE LMB, INC., AMEC CONSTRUCTION   :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL    :
CONSTRUCTION, INC., BECHTEL          :
CORPORATION, and BECHTEL
ENVIRONMENTAL, INC.,  :

          Defendants.  :
-----------------------------------------------------------X

    JORGE ANZOLA, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

That on the 27th day of December, 2007, at approximately 2:48 pm at City of New York Law Department located at 100 Church Street 4th Floor, New York, New York 10007 deponent served the within copy of the Summons and Complaint upon The City of New York by delivering thereat a true copy of same to Tameka Merides- Gammon, Docketing Clerk an individual of suitable age and discretion.

                                                    _____
                                                    Jorge Anzola

Sworn to before me this
27th day of December, 2007

_____
Notary public

                BEATRIZ DOLORES ARANA
           Notary Public, State of New York
                  No. 01AR6132940
              Qualified in Queens County
        Commission Expires August 29, 20__