------------------------------------------------------------X

IN RE COMBINED WORLD TRADE CENTER : **AFFIDAVIT OF**
AND LOWER MANHATTAN DISASTER SITE : **PERSONAL SERVICE**
LITIGATION (straddler plaintiffs) :
------------------------------------------------------------X
JOHN ROMANOWICH, :

           Plaintiff(s), :

  - against- :      Civil Action No.
                                                     :      07-CIV-9833

THE CITY OF NEW YORK, TULLY :
CONSTRUCTION CO., INC., TULLY :
ENVIRONMENTAL INC., TULLY INDUSTRIES,:
INC., TURNER CONSTRUCTION COMPANY, :
BOVIS LEND LEASE, INC., BOVIS LEND :
LEASE LMB, INC., AMEC CONSTRUCTION :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL :
CONSTRUCTION, INC., BECHTEL :
CORPORATION, and BECHTEL :
ENVIRONMENTAL, INC., :
                                                       :

           Defendants. :
------------------------------------------------------------X

Stephanie Lopez, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 4th day of January 2008, at approximately 10:45 a.m. at Ct Corporation located at 111 8th Avenue, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Bechtel Construction, Inc by delivering thereat a true copy of same to Aixa Flores, process specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: Female Hispanic, brown skin, black hair, approx. 30-35, height approx. 5'4"-5'7"

                                                      _/s/ Stephanie Lopez_
                                                        Stephanie Lopez

Sworn to before me this
4th day of January 2008

_/s/_
Notary public

                BEATRIZ DOLORES ARANA
              Notary Public, State of New York
                   No. 01AR6132940
              Qualified in Queens County
       Commission Expires August 29, 20 07