UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: OSHMAN & MIRISOLA, LLP*****

---

JOHN ROMANOWICH

                                       Plaintiff(s)

            - against -

THE CITY OF NEW YORK, ETAL

                                       Defendant(s)

Index # 07 CIV 9833

Purchased November 6, 2007
File # 21-03

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 8, 2008 at 09:25 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT) RELATED TO THE MASTER COMPLAINT on TULLY INDUSTRIES, INC. therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  January 8, 2008

| | | | |
|---|---|---|---|
| OEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **STEVEN C. AVERY** |
| lotary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| lo. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | |
| :ualified in New York County | Qualified In New York County | Qualified in New York County | |
| xpires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | Invoice #: 454145 |